BOYD & BOYD
1410 South Broad Street
Trenton, New Jersey 08610
Phone: 609/394-8818
Facsimile: 609/394-8801
e-mail: Boyd-Boyd1369@msn.com
Attorneys for Garden State Management (Creditor)
WILLIAM L. BOYD, ESQUIRE (WB4959)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | CASE NO.: 14-30163 |
| LINDA WAMPLER a/k/a LINDA | : | JUDGE: MICHAEL B. KAPLAN, U.S.B.J. |
| MELENDEZ | : | |
| | : | NOTICE OF APPEARANCE AND DEMAND |
| | : | FOR SERVICE OF PAPERS |
| | : | |

To:    The Court Clerk of the United States Bankruptcy Court

PLEASE TAKE NOTICE that the undersigned attorney of law appears for the Creditor, GARDEN STATE MANAGEMENT. Pursuant to the Rules of the Bankruptcy Court R. 2002 and 9010, the undersigned requests all notice given or required to be served in this case, be given to and served upon the undersigned at the office, address and telephone number set forth above.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notice and papers referred to in the Rules specific above, but also includes, without limitation, Orders and Notices of any applications, notices, petitions, pleadings, complaints, and demands, transmitted or conveyed by mail, delivery, telephone, overnight mail, telefax or otherwise, which affect the Debtor(s), estate, or property of the estate.

Dated: November 13, 2014                                Boyd & Boyd, P.C.


                                                        /s/ William L. Boyd
                                                        William L. Boyd, Esquire

This pleading is an attempt to collect a debt and any information obtained will be used for that purpose.